Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALBERTA SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>R. ALEXANDER ACOSTA, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,<br><br>   Defendants. | No. 2:18-cv-00788-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

This Court having reviewed Plaintiff's Motion for Leave to File Second Amended Complaint,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff Alberta Smith, by and through her attorneys of record, is granted leave to amend her complaint. Within fourteen (14) days, Plaintiff shall the Second Amended Complaint that was attached as Exhibit 2 to the Declaration of Tiffany Cartwright. (DKT #25) Request for attorney's fees is DENIED.

DATED this 27th day of June, 2019.

James L. Robart
United States District Judge

//
//
//
//

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

11539.01 mf060102

1  Presented by:

2  MacDONALD HOAGUE & BAYLESS

3

4

5  By: _____
   Jesse Wing, WSBA #27751
6  jessew@mhb.com
   Tiffany M. Cartwright, WSBA #43564
7  tiffanyc@mhb.com
   705 Second Avenue, Suite 1500
8  Seattle, WA 98104
9  *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT -
2

11539.01 mf060102