The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTA SMITH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>R. ALEXANDER ACOSTA, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,<br><br>　　　　Defendant. | No. C18-0788-JLR<br><br>[~~PROPOSED~~] ORDER |

THIS MATTER, having come before the Court upon Defendant's Request to File Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint on June 19, 2019, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that Defendant may file his Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint on June 19, 2019.

DATED this 27th day of June, 2019.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER - 1
(C18-0788-JLR)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

Presented by:

BRIAN T. MORAN
United States Attorney

/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone No. (253) 428-3800
Fax No. (253) 428-3805
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendant*

[PROPOSED] ORDER - 2
(C18-0788-JLR)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800