# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALBERTA SMITH, | CASE NO. C18-0788JLR |
| Plaintiff, | MINUTE ORDER AMENDING PRETRIAL DEADLINES |
| v. | |
| PATRICK PIZZELLA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 3, 2019, the court advanced the pretrial conference in this case to Wednesday, November 13, 2019 at 11:00 a.m. (*See* 10/3/19 Dkt. Entry.) Due to the change in the pretrial conference date, the court ORDERS that the following deadlines set by the court's scheduling order (Dkt. # 14) and by Western District of Washington Local Civil Rules 16 and 32 are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs' LCR 16(h) Pretrial Statement | *See* Local Rules W.D. Wash. LCR 16(h) | October 18, 2019 |
| Defendants' LCR 16(i) Pretrial Statement | *See* Local Rules W.D. Wash. LCR 16(i) | October 28, 2019 |
| Motions in Limine | October 28, 2019 | October 28, 2019 (noted for consideration no later than November 15, 2019) |
| Parties' LCR 16(k) Conference | *See* Local Rules W.D. Wash. LCR 16(k) | November 4, 2019 |
| Pretrial Order | November 18, 2019 | November 12, 2019 by 12:00 p.m. |

Filed and entered this 7th day of October, 2019.

WILLIAM M. MCCOOL
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk